**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

United States of America ex rel, Melanie Bison, Relator

    Plaintiff(s),

vs.

Monte Vista and Strategic Behavioral Health

    Defendant(s).

Case #: 2:21-cv-00939-APG-VCF
~~2:21-cv-00939-GMN-VCF~~

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Arinderjit (A.J) Dhali_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Dhali PLLC_____
(firm name)

with offices at _____1629 K. Street. NW. Suite 300_____,
(street address)

_____Washington DC_____, _____District of Columbia_____, _____20006_____,
(city) (state) (zip code)

_____202-556-1285_____, _____ajdhali@dhalilaw.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Melanie Bison_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  01/09/2006 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S Federal District Court, Washington DC | 12/07/2009 | 495909 |
| U.S. Federal District Court, Maryland | 05/06/2013 | 18631 |
| U.S. D.C Circuit Court of Appeals | 5/31/2013 | 54848 |
| U.S. Fourth Circuit Court of Appeals | 12/17/2014 | 495909 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

```
None
```

7. That Petitioner is a member of good standing in the following Bar Associations.

```
DC Bar.
```

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____ )
                          )
COUNTY OF _____ )

_____Arinderjit Dhali_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____day of_____, _____.

```
              see page 6
```
_____
Notary Public or Clerk of Court


**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Leon Greenberg_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____2965 South Jones Boulevard #E3_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89146_____,
(city)              (state)              (zip code)

_____(702) 383-6085_____, _____Leongreenberg@overtimelaw.com_____.
(area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Leon Greenberg_____ as his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

_____
(party's signature)

Melanie Bison, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8094                    Leongreenberg@overtimelaw.com
Bar number              Email address

APPROVED:

Dated: this 13th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CALIFORNIA
# JURAT CERTIFICATE

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Fresno

Subscribed and sworn to (or affirmed) before me on this 12 day of April, 20 22, by Arinderjit Dhali,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

_____
Signature of Notary Public

FADI BEDOUSH
Notary Public - California
Fresno County
Commission # 2328159
My Comm. Expires May 14, 2024

(Notary Seal)

## OPTIONAL INFORMATION

The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation.

DESCRIPTION OF ATTACHED DOCUMENT

**Petition to Practice Law**
Case 2:21-CV-00939_GMN-VCF
(Title of document)

Number of Pages 6 (Including jurat)

Document Date _____

(Additional Information)

CAPACITY CLAIMED BY THE SIGNER

[✓] Individual
[ ] Corporate Officer
[ ] Partner
[ ] Attorney-In-Fact
[ ] Trustee
[ ] Other: _____

MMX V. BAN2   510.409.1334   www.BayAreaNotary.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Arinderjit Dhali*

was duly qualified and admitted on January 9, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 12, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.