# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, MELANIE BISON, RELATOR,<br><br>Plaintiff,<br><br>vs.<br><br>MONTE VISTA AND STRATEGIC BEHAVIORAL HEALTH,<br><br>Defendant. | 2:21-cv-00939-APG-VCF<br>**ORDER** |

Before the Court is *United States of America ex rel, Melanie Bison, Relator v. Monte Vista and Strategic Behavioral Health*, case number 2:21-cv-00939-APG-VCF.

Under 28 U.S.C. § 1914(a), a filing fee is required to commence a civil action in federal court.

Here, Plaintiff has not complied with 28 U.S.C. § 1914(a). The filing fee has not been paid. Plaintiff must pay the full filing fee for each case that she seeks to open or file an application to proceed *in forma pauperis*.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff has until June 3, 2022, to pay the filing fee or file an application to proceed *in forma pauperis*. Failure to comply with this order may result in dismissal of this case.

DATED this 13th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE