**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, MELANIE BISON, RELATOR, | |
| Plaintiff(s), | 2:21-cv-00939-APG-VCF |
| v. | **ORDER** |
| MONTE VISTA AND STRATEGIC BEHAVIORAL HEALTH, | |
| Defendant(s). | |

Before me is the *United States of America ex rel, Melanie Bison, Relator v. Monte Vista and Strategic Behavioral Health*, case number 2:21-cv-00939-APG-VCF.

The court has verified that Plaintiff Bison has paid the filing fee. There seems to be typos on the Summons for defendant Strategic Behavioral Health and Monte Vista Hospital. (ECF Nos. 13, 14).

Accordingly,

I ORDER that plaintiff resubmit Summons for defendants Strategic Behavioral Health LLC and Monte Vista Hospital.

DATED this 6th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE