```
 1  FISHER & PHILLIPS LLP
    LISA A. MCCLANE, ESQ.
 2  Nevada Bar No. 10139
    300 S. Fourth Street
 3  Suite 1500
    Las Vegas, NV  89101
 4  Telephone:  (702) 252-3131
 5  E-Mail Address:  lmcclane@fisherphillps.com
    Attorneys for Defendants
 6
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA & the STATE OF NEVADA ex. Rel., MELANIE BISON<br>4660 Pratt Way<br>Las Vegas, NV 89147, Relators,<br><br>    Plaintiff,<br><br>vs.<br><br>STRATEGIC BEHAVIORAL HEALTH LLC 8295 Tournament Drive, Suite 201 MEMPHIS, TN  38125 & MONTE VISA HOSPITAL, 5900 West Rochelle Avenue, Las Vegas, NV  89103<br><br>    Defendants. | Case No.: 2:21-cv-00939-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between United States of America and the State of Nevada ex. Rel. Melanie Bison and Defendants Strategic Behavioral Health LLC ("SBH") and Monte Vista Hospital ("Monte Vista") through their respective

/ / /

/ / /

/ / /

/ / /

/ / /

1  counsel, that Defendants shall have an extension up to and including Monday,
2  September 12, 2022, to respond to the Complaint.
3       Dated this 22nd day of August, 2022.

4  DHALI PLLC                                   FISHER & PHILLIPS, LLP

6  _/s/   Arinderjit (A.J.) Dhali_              _/s/   Lisa A. McClane_
   Arinderjit (A.J.) Dhali                       LISA A. MCCLANE, ESQ.
7  1629 K. Street, N.W.                         300 South Fourth Street
   Suite 300                                     Suite 1500
8  Washington, DC 20006                         Las Vegas, NV  89101
9  *Attorney for Relator, Melanie Bison*        *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
 8-22-2022
_____
DATE

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 44982073.1

- 2 -